IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BARBARA NELSON, <br><br> Plaintiff, <br><br> vs. <br><br> JULIE KUNKLE, and AMERICAN BLUE RIBBON HOLDINGS, LLC, a Delaware limited liability company; <br><br> Defendants. | 8:19-CV-329 <br><br> **ORDER** |

Defendant, American Blue Ribbon Holdings, LLC, has filed a Suggestion in Bankruptcy (Filing 24) indicating that on January 27, 2020, it filed a Chapter 11 petition for bankruptcy in the United States Bankruptcy Court for the District of Delaware at Case No. 20-10161. According to the Suggestion in Bankruptcy, defendant Julie Kunkle is not a party to the bankruptcy.

Pursuant to NEGenR 1.5(a)(1), this matter is stayed as to defendant American Blue Ribbon Holdings, LLC but the case may proceed against defendant Julie Kunkle. Accordingly,

IT IS ORDERED:

1. This matter is stayed as to defendant American Blue Ribbon Holdings, LLC, only;

2. The clerk's office is ordered to terminate Filing 24, Suggestion in Bankruptcy.

Dated this 29th day of January, 2020.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge